**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

DEC 0 6 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION,** | §<br>§<br>§ | |
| **Plaintiff,** | §<br>§ | **Civil Action No. A 01CA 493 SS** |
| **vs.** | §<br>§ | |
| **AUSTIN COMMERCIAL, INC.,** | §<br>§ | |
| **Defendant.** | § | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Having reviewed the Joint Motion of the parties to dismiss with prejudice in the above-entitled and numbered cause of action, and having been advised that the parties have fully and finally resolved all matters of dispute between them, the Court is of the opinion that said Joint Motion should be in all things be GRANTED.

It is therefore ORDERED that the above-entitled and numbered cause be dismissed with prejudice against its refiling.

All costs of court are taxed against the party incurring same.

SIGNED this 5th day of __December__, 2001.

_____
PRESIDING JUDGE

AGREED ORDER TO DISMISS WITH PREJUDICE – Page 1
DALLAS:87688.2 017688.1008

6

AGREED TO AS TO FORM AND
SUBSTANCE:

STEVEN R. MCCOWN
Texas State Bar No. 13466500
ROBERT G. LEE
Texas State Bar No. 00787888

LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue, Suite 2600
Lock Box 116
Dallas, Texas 75201-2931
214.880.8100
214.880.0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT
AUSTIN COMMERCIAL, INC.**

GWENDOLYN YOUNG REAMS
Acting Deputy General Counsel
ROBERT B. HARWIN
Regional Attorney
District of Columbia State Bar No. 076083
LINDA GUTIERREZ
Supervisory Trial Attorney
Texas State Bar No. 08642750
R. CHRIS PITTARD
Texas State Bar No. 00794465

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas  78229-3555
210.281.7636
210.281.7669 (Facsimile)

**ATTORNEY FOR PLAINTIFF
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**